UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-19966
Anthony Maraviglia )
Carolyn Maraviglia ) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. Regional Acceptance and any payments to Regional Acceptance are removed from Section E.(3.1).
2. Section G is modified to state, "No further secured payments shall be paid to Regional Acceptance for the 2011 Mazda 3 as Debtors shall surrender their interest in the vehicle."

No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 10, 2021

**Prepared by:**

Kyle Dallmann
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603